# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-17180 |
| SCIENTIFIC WINDOW COMPANY, INC. | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | **Hearing Date: September 7, 2011** |
| | ) | **Hearing Time: 9:30 A.M.** |

## NOTICE OF FINAL APPLICATION OF KEN NOVAK & ASSOCIATES, INC., FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND <u>REIMBURSEMENT OF EXPENSES</u>

PLEASE TAKE NOTICE that on Wednesday, September 7, 2011 at 9:30 or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox, or any judge sitting in her stead, in Courtroom 619, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Final Application of Ken Novak & Associates, Inc. for Allowance of Administrative Claim For Compensation and Reimbursement of Expenses**, at which time and place you may appear as you see fit.

Dated: August 11, 2011                         **KEN NOVAK & ASSOCIATES, INC.**

                                                By:    */s/ Elizabeth Peterson*
                                                    Fox, Hefter, Swibel, Levin & Carroll, LLP,
                                                    General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Elizabeth Peterson (ARDC #6294546)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-17180 |
| SCIENTIFIC WINDOW COMPANY, INC. | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | **Hearing Date: September 7, 2011** |
| | ) | **Hearing Time: 9:30 A.M.** |

**FINAL APPLICATION OF KEN NOVAK & ASSOCIATES, INC., FOR ALLOWANCE**
**OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES**

Ken Novak & Associates, Inc. ("KNA"), collection agent and liquidation consultant to N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Scientific Window Company Inc. (the "Debtor"), by and through the Trustee's general bankruptcy counsel, files this final application ("Application") for allowance and payment of an administrative claim for fees and expenses in the amount of $2,151.32, consisting of $1,417.50 in fees and $733.82 in expenses, for work performed on behalf of the Trustee during the period July 1, 2010, through August 8, 2011 (the "Application Period"). In support of this Application, KNA states the following:

**INTRODUCTION**

1.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The bases for the requested relief are Sections 328, 330, and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules of the United States

Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## BACKGROUND

3. On May 12, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed N. Neville Reid as chapter 7 trustee.

4. On June 16, 2009, the Court entered a final order granting the Trustee's application to retain KNA as collection agent and liquidation consultant retroactive to May 12, 2009. [Dkt. 18.]

5. On September 8, 2009, the Court entered an order allowing the First Interim Application of KNA for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Period of May 12, 2009 through July 31, 2009. [Dkt. 30.]

6. On April 26, 2010, the Court entered an order allowing the Second Interim Application of KNA for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Period of August 1, 2009 through February 28, 2010. [Dkt. 51.]

7. On August 18, 2010, the Court entered an order allowing the Third Interim Application of KNA for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Period of March 1, 2010 through June 30, 2010. [Dkt. 67.]

## REQUESTED RELIEF

8. KNA files this Application for allowance and payment of an administrative claim for its unpaid fees and expenses for work performed on behalf of the Trustee during the Application Period.

9. Attached as <u>Exhibit A</u> to this Application are KNA's detailed billing records.

10. Attached as <u>Exhibit B</u> to this Application is a summary of the out-of-pocket expenses incurred by KNA.

## PROFESSIONAL SERVICES RENDERED

11. During the Application Period, KNA has performed the following services on behalf of the Trustee:

   A. Coordinated the movement of the Debtor's records to Access Information Management and updated the records storage inventory;

   B. Worked on City of Chicago use tax for non-titled property matter;

   C. Worked on Internal Revenue Service payroll tax refund matter; and

   D. Reviewed and processed the Debtor's incoming mail, and renewed U.S. Mail forwarding;

   E. Communicated with Mark Brottman, the principal of the Debtor, regarding seeking a court order for destruction of the Debtor's papers, computers, and records; and

   F. Provided other services as more fully described in Exhibit A.

12. Additionally, Ken Novak, the president of KNA, estimates that he will spend three hours, billed at $175.00 per hour, working with a records storage company and a documents destruction company to facilitate the destruction of the Debtor's papers, computers, and records.

## APPROPRIATENESS OF FEES

13. KNA seeks $1,417.50 in fees for work performed during the Application Period.

14. The professional services provided by KNA to the Trustee during the Application

Period were necessary and appropriate to assist the Trustee with the administration of the Debtor's case, and were in the best interests of the Debtor. Compensation for the services provided by KNA is commensurate with the complexity, importance, and nature of the problems, issues and tasks involved. KNA undertook all reasonable efforts to ensure that the services it provided were performed in an efficient manner, without duplication of effort.

15. KNA's fees are recorded in a computerized time record system, from which the bills attached to this Application were generated. KNA has reviewed the bills to ensure their accuracy.

16. KNA's billing rates for the matters set forth in this Application are consistent with reasonable and customary rates among collection agent and liquidation consultant to the chapter 7 trustee for the work performed.

17. KNA's requested fees and costs are awardable pursuant to Section 330 of the Bankruptcy Code as reasonable and necessary expenses incurred for the administration of the Estate.

### KNA'S EXPENSE POLICIES

18. KNA charges clients for actual out-of-pockets expenses it incurs on their behalf such as travel, postage, outside copying costs, outside vendor costs, and court fees.

19. The expenses sought by KNA in this Application relate to records storage ($721.00), photocopies ($11.60), and postage ($1.22). These expenses were necessary and benefited the Estate. The total amount of out-of-pocket expenses for which KNA seeks reimbursement is $733.82.

### NOTICE

20. Pursuant to Bankruptcy Rule 2002(a), notice of this Application will be given to:

4

(a) the Debtor; (b) the Debtor's counsel; (c) the United States Trustee for the Northern District of Illinois; (d) all creditors; and (e) all other parties set up to receive notice through the Court's ECF filing system. In light of the nature of the relief requested, KNA submits that no further notice is required.

WHEREFORE, KNA requests entry of an order allowing it an administrative claim in the amount of $2,151.32 and allowing the Trustee to pay the same, and granting such other and further relief as this Court deems just.

Dated: August 11, 2011                               Respectfully submitted,

**KEN NOVAK & ASSOCIATES, INC.**

By:    */s/ Elizabeth Peterson*
       Fox, Hefter, Swibel, Levin & Carroll, LLP,
       General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Elizabeth Peterson (ARDC #6294546)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph: 312.224.1200
Fx: 312.224.1201

5