**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-17180 |
| SCIENTIFIC WINDOW COMPANY, INC. | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | **Hearing Date: September 7, 2011** |
| | ) | **Hearing Time: 9:30 A.M.** |

**NOTICE OF FINAL APPLICATION OF POPOWCER KATTEN, LTD., FOR
ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that on Wednesday, September 7, 2011 at 9:30 or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox, or any judge sitting in her stead, in Courtroom 619, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Final Application of Popowcer Katten, Ltd., for Allowance of Administrative Claim For Compensation and Reimbursement of Expenses**, at which time and place you may appear as you see fit.

Dated: August 11, 2011

**POPOWCER KATTEN, LTD.**

By:    _/s/ Elizabeth Peterson_
      Fox, Hefter, Swibel, Levin & Carroll, LLP,
      General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Elizabeth Peterson (ARDC #6294546)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-17180 |
| SCIENTIFIC WINDOW COMPANY, INC. | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | **Hearing Date: September 7, 2011** |
| | ) | **Hearing Time: 9:30 A.M.** |

### FINAL APPLICATION OF POPOWCER KATTEN, LTD.,
### FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND
### <u>REIMBURSEMENT OF EXPENSES</u>

Popowcer Katten, Ltd. ("<u>PK</u>"), tax accountant for N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee (the "<u>Trustee</u>") for the bankruptcy estate (the "<u>Estate</u>") of Scientific Window Company Inc. (the "<u>Debtor</u>"), by and through the Trustee's general bankruptcy counsel, files this final application ("<u>Application</u>") for allowance and payment of an administrative claim for fees and expenses in the amount of $4,979.50, consisting of $4,979.50 in fees and $0.00 in expenses, for work performed on behalf of the Trustee during the period July 1, 2010, through July 28, 2011 (the "<u>Application Period</u>").  In support of this Application, PK states the following:

### <u>INTRODUCTION</u>

1.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The bases for the requested relief are Sections 328, 330, and 331 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 5082-1 of the Local Rules of the United States

Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## BACKGROUND

3.      On May 12, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court").  Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed N. Neville Reid as chapter 7 trustee.

4.      On January 20, 2010, the Court entered a final order granting the Trustee's application to retain PK as tax accountant retroactive to November 13, 2009.  [Dkt. 43.]

5.      On August 18, 2010, the Court entered an order allowing the First Interim Application of PK for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Period of November 18, 2009 through June 30, 2010.  [Dkt. 65.]

## REQUESTED RELIEF

6.      PK files this Application for allowance and payment of an administrative claim for its unpaid fees for work performed on behalf of the Trustee during the Application Period.

7.      Attached as Exhibit A to this Application are PK's detailed billing records.

## PROFESSIONAL SERVICES RENDERED

8.      During the Application Period, PK has performed the following services on behalf of the Trustee:

   A.      Prepared federal and state corporate income tax returns, and related forms, for the fiscal years ended May 31, 2010 and May 31, 2011;

   B.      Prepared letters to the Internal Revenue Service and the Illinois Department of Revenue requesting an expedited audit in accordance with

Section 505(b) of the Bankruptcy Code;

C.    Prepared amended Form 941 for refund for overpayment to the Internal

Revenue Service;

D.    Reviewed W-2 forms and prepared the same for mailing; and

E.    Prepared Use Tax Return for the City of Chicago.

## APPROPRIATENESS OF FEES

9.    PK seeks $4,979.50 in fees for work performed during the Application Period.

10.    The professional services provided by PK to the Trustee during the Application

Period were necessary and appropriate to assist the Trustee with the administration of the

Debtor's case, and were in the best interests of the Debtor.  Compensation for the services

provided by PK is commensurate with the complexity, importance, and nature of the problems,

issues and tasks involved.  PK undertook all reasonable efforts to ensure that the services it

provided were performed in an efficient manner, without duplication of effort.

11.    PK's fees are recorded in a computerized time record system, from which the bills

attached to this Application were generated. PK has reviewed the bills to ensure their accuracy.

12.    PK's billing rates for the matters set forth in this Application are consistent with

reasonable and customary rates among collection agent and liquidation consultant to the chapter

7 trustee for the work performed.

13.    PK's requested fees and costs are awardable pursuant to Section 330 of the

Bankruptcy Code as reasonable and necessary expenses incurred for the administration of the

Estate.

## PK'S EXPENSE POLICIES

14.    PK charges clients for actual out-of-pockets expenses it incurs on their behalf

4

such as travel, postage, outside copying costs, outside vendor costs, and court fees.

15.    PK did not incur any out-of-pocket expenses during the Application Period.

**<u>NOTICE</u>**

16.    Pursuant to Bankruptcy Rule 2002(a), notice of this Application will be given to:
(a) the Debtor; (b) the Debtor's counsel; (c) the United States Trustee for the Northern District of
Illinois; (d) all creditors; and (e) all other parties set up to receive notice through the Court's ECF
filing system.  In light of the nature of the relief requested, PK submits that no further notice is
required.

WHEREFORE, PK requests entry of an order allowing it an administrative claim in the
amount of $4,979.50 and allowing the Trustee to pay the same, and granting such other and
further relief as this Court deems just.

Dated: August 11, 2011                  Respectfully submitted,

                                        **POPOWCER KATTEN, LTD.**

                                        By:   */s/ Elizabeth Peterson*
                                              Fox, Hefter, Swibel, Levin & Carroll, LLP,
                                              General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Elizabeth Peterson (ARDC #6294546)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201