UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 09-17180 |
| SCIENTIFIC WINDOW COMPANY, INC. ) | |
| ) | Hon. Jacqueline P. Cox |
| Debtor. ) | |
| ) | |

**FIFTH AND FINAL APPLICATION OF FOX, HEFTER, SWIBEL, LEVIN &
CARROLL, LLP, FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OCTOBER 1, 2010 THROUGH AUGUST 31, 2011**

Fox, Hefter, Swibel, Levin & Carroll, LLP ("FHSLC"), general bankruptcy counsel for N. Neville Reid, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Scientific Window Company, Inc. (the "Debtor"), files this fifth and final application ("Application") for allowance and payment of an administrative claim in the amount of $13,924.78, consisting $13,600.50 in fees and $324.28 in expenses, for the period of October 1, 2010 through August 31, 2011. In support of this Application, FHSLC states the following:

## INTRODUCTION

1.  This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The bases for the requested relief are Sections 328, 330, and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## BACKGROUND

3. On May 12, 2009 (the "Petition Date"), Scientific Window Company, Inc. (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). Shortly thereafter, N. Neville Reid was appointed as chapter 7 trustee (the "Trustee") for the Debtor's Estate.

4. On June 16, 2009, the Court entered a final order granting the Trustee's application to retain FHSLC as general bankruptcy counsel, retroactive to May 12, 2009. [Dkt. 19.]

5. On September 8, 2009, the Court entered an order allowing the First Interim Application of FHSLC for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Period of May 12, 2009 through July 31, 2009. [Dkt. 29.]

6. On April 22, 2010, the Court entered an order allowing the Second Interim Application of FHSLC for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Period of August 1, 2009 through February 28, 2010. [Dkt. 50.]

7. On August 18, 2010, the Court entered an order allowing the Third Interim Application of FHSLC for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Period of March 1, 2010 through June 30, 2010. [Dkt. 66.]

8. On November 18, 2010, the Court entered an order allowing the Fourth Interim Application of FHSLC for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Period of July 1, 2010 through September 30, 2010. [Dkt. 69.]

## REQUESTED RELIEF

9.  FHSLC files this Application to be allowed an administrative claim for its unpaid fees and expenses for work performed on behalf of the Trustee from October 1, 2010 through August 31, 2011 (the "Application Period").

10. Attached as Exhibit A to this Application is a schedule of the name and position of each attorney and paralegal who has performed work for the Trustee for which reimbursement is sought, the number of hours billed by each professional and his/her hourly billing rate, as well as the year each attorney graduated from law school and was admitted to practice in Illinois.

11. Attached as Exhibit B to this Application are the detailed billing records of FHSLC, including a summary of the expenses for which FHSLC seeks reimbursement.

## PROFESSIONAL SERVICES RENDERED

12. During the Application Period, FHSLC performed the following services on behalf of the Trustee:

   A.  Conferred extensively with the Trustee regarding the status of the above-captioned bankruptcy case and the resolution of claims against the Estate;

   B.  Communicated with Alfred Spitzzeri, counsel for Gary Brodin, and Monica Banet, counsel for the Indiana Insurance Company, regarding the resolution of the Gary Brodin claim (Claim 14-1); prepared, filed, served, and presented the Agreed Motion for Approval of Stipulation (1) Providing Gary Brodin Limited Relief from the Automatic Stay to Pursue State Court Action Against Scientific Window Company, Inc., and Recover Solely from Available Insurance Proceeds, *Nunc Pro Tunc* to June 11, 2010, and (2) Waiver of Recovery of Gary Brodin's Claim

        Against the Debtor and Its Estate (the "Motion to Approve Brodin Settlement") [Dkt. 70], thereby resolving a $200,000.00 claim against the Estate;

C.   Conferred extensively with Mark Brottman and Leon Brottman regarding resolution of the claims filed by Helene Brottman, the Barbara Brottman Residuary Trust, Leon Brottman, and Mark Brottman (collectively, the "Brottman Claimants"); negotiated with counsel for the Central States Joint Board Health & Welfare Fund ("Central States") regarding the reduction of Claim 13-1; drafted settlement letter to the Brottman Claimants and Central States; reached a settlement agreement whereby Central States reduced its claim by $9,770.00, all of the creditors who filed claims except the Brottman Claimants will have their claims paid in full, and the Brottman Claimants will paid with funds remaining in the Estate after administrative expenses and all other claims are paid in full; prepared, filed, served, and presented the Trustee's Motion for Approval of Settlement Among the Trustee, the Brottman Claimants, and Central States, Pursuant to Bankruptcy Rule 9019(a) [Dkt. 74];

D.   Reviewed communications from Bank of America regarding its foreclosure suit concerning property located at 900 W. Grace Street in Chicago, Illinois (the "900 W. Grace Property"); performed online research and communicated with the Cook County Recorder regarding a lien filed by the Debtor on the 900 W. Grace Property; attended a case management conference for foreclosure suit regarding the 900 West Grace

Property and conferred with Bank of America's Counsel regarding the same;

E. Prepared, filed, served, and presented the Fourth Interim FHSLC Compensation Application [Dkt. 68]; began preparing this Application; and began drafting an interim application for trustee's fees; and

F. Prepared, filed, and served the Final Ken Novak & Associates, Inc., Compensation Application [Dkt. 76] and the Final Popowcer Katten, Ltd., Compensation Application [Dkt. 77].

## APPROPRIATENESS OF FEES

13. The total amount of fees sought by FHSLC for professional services in this Application is $13,600.50.

14. The professional services provided by FHSLC to the Trustee during the Application Period were necessary and appropriate to assist the Trustee with the administration of the Debtor's case, and were in the best interests of the Estate. Compensation for the services provided by FHSLC is commensurate with the complexity, importance, and nature of the problems, issues and tasks involved. FHSLC undertook all reasonable efforts to ensure that the services it provided were performed in an efficient manner, without duplication of effort.

15. FHSLC's fees are recorded in a computerized time record system, from which the billing records attached to this Application were generated. FHSLC has reviewed the billing records to ensure their accuracy.

16. FHSLC's billing rates for the matters set forth in this Application are consistent with reasonable and customary rates among attorneys and paralegals for the work performed.

17. FHSLC's requested fees are awardable pursuant to Section 330 of the Bankruptcy

Code as reasonable and necessary expenses incurred for the administration of the Estate.

## FHSLC EXPENSE POLICIES

18. FHSLC charges clients for actual out-of-pockets expenses it incurs on their behalf such as travel, postage, outside copying costs, outside vendor costs, and court fees. FHSLC typically does not charge for internal photocopying costs or phone charges, and no such expenses are sought in this Application.

19. The expenses sought by FHSLC in this Application relate to postage for service of the Fourth Interim FHSLC Compensation Application ($62.40) and the Trustee's Motion for Approval of Settlement Among the Trustee, the Brottman Claimants, and Central States, Pursuant to Bankruptcy Rule 9019(a) ($78.96); court copying cost for retrieval of complaint ($1.00); online research on PACER for the fourth quarter of 2010 ($12.56), the first quarter of 2011 ($9.04), and the second quarter of 2011 ($10.32); and filing fees for the Motion to Approve Brodin Settlement ($150.00). These expenses were necessary and benefited the Estate. The total amount of out-of-pocket expenses for which FHSLC seeks reimbursement is $324.28.

20. FHSLC's requested expenses are awardable pursuant to Section 330 of the Bankruptcy Code as actual, necessary expenses incurred for the administration of the Estate.

## SUMMARY OF FEES AND EXPENSES

21. FHSLC applies for allowance and payment of an administrative claim in the amount of $13,924.78, consisting of $13,600.50 in fees and $324.28 in expenses.

## NOTICE

22. This Application will be submitted with the Trustee's Final Report in the above-captioned bankruptcy case. Pursuant to Bankruptcy Rule 2002(a), notice of this Application will be given to: (a) the Debtor; (b) the Debtor's attorney; (c) the United States Trustee for the

Northern District of Illinois; (d) all creditors; and (e) all other parties set up to receive notice through the Court's ECF filing system. In light of the nature of the relief requested, FHSLC submits that no further notice is required.

WHEREFORE, FHSLC requests entry of an order allowing it an administrative claim in the amount of $13,924.78 and allowing the Trustee to pay the same.

Dated: September 7, 2011                    Respectfully submitted,

                                            **FOX, HEFTER, SWIBEL, LEVIN &
                                            CARROLL, LLP**

                                            By:   /s/ Elizabeth Peterson
                                                Fox, Hefter, Swibel, Levin & Carroll, LLP,
                                                General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Elizabeth Peterson (ARDC #6294546)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) | BK No.: 09-17180 |
| ) | |
| SCIENTIFIC WINDOW COMPANY, INC. ) | Chapter: 7 |
| ) | Honorable Jacqueline Cox |
| ) | |
| Debtor(s) ) | |

**ORDER GRANTING THE FIFTH AND FINAL APPLICATION OF FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP, FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2010 THROUGH AUGUST 31, 2011**

This matter coming before the Court on the Application (the "Application") of Fox, Hefter, Swibel, Levin & Carroll, LLP ("FHSLC"), general bankruptcy counsel to N. Neville Reid, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Scientific Window Company, Inc. (the "Debtor"), for entry of an order pursuant to 11 U.S. C. §§ 328, 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, the United States Trustee Fee Guidelines – Guidelines for Reviewing Applications for Compensation and Reimbursement of Disbursements Filed under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58), granting its Fifth and Final Application allowance and payment of compensation for services rendered and for reimbursement of expenses incurred from October 1, 2010 through August 31, 2011 (the "Application Period"), the Court finds that (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the relief requested in the Application is in the best interests of the Debtor's estate, its creditors and other parties-in-interest; (d) due and sufficient notice of the Application was given; and (e) upon the record herein and after due deliberation and cause appearing therefore;

IT IS HEREBY ORDERED:

1. The Application is granted in its entirety;

2. FHSLC is hereby allowed fees in the amount of $ 13,600.50 for services rendered, and reimbursement of $324.28 in expenses incurred, during the Application Period in connection with the above-captioned case;

3. The Trustee is hereby authorized to pay FHSLC for actual, necessary services rendered during the Application Period in the amount of $13,600.50 and to reimburse FHSLC for actual, necessary expenses FHSLC incurred during the Application Period in the amount of $324.28;

4. All objections to the Application or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits; and

5. The Court shall retain jurisdiction to hear and determine all matters arising from the

implementation of this Order.

    6. This Order will become effective immediate upon its entry.

Enter:

Honorable Jacqueline Cox

Dated:    United States Bankruptcy Judge

**Prepared by:**

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Elizabeth Peterson (ARDC #6294546)
FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph: 312.224.1200
Fx: 312.224.1201

Rev: 201100318_bko

# Fox, Hefter, Swibel, Levin & Carroll, LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

September 06, 2011

FHSLC
200 W. Madison, Suite 3000
Attn: Neville Reid
Chicago, IL 60606

**Fee Petition**

File No: 03992 - 002
From: 01/01/1999 to: 08/31/2011

## N. Neville Reid, as Trustee for Estate of Scientific Windows - Scientific Windows (Attorney Matters)

### *PROFESSIONAL SERVICES*

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/08/2010 | EGP | Call A. Spitzzeri regarding G. Brodin claim and leave voicemail (.1); call S. Goggin-Ward regarding G. Brodin claim and leave voicemail (.1). | 0.20 hrs @ | 240 /hr | 48.00 |
| 10/11/2010 | EGP | Leave voicemails for A. Spitzzeri and M. Banet regarding G. Brodin claim (.1); telephone conference with A. Spitzzeri regarding potential motion for relief from stay (.1); update draft of stipulation and motion for relief from stay, and send to N. Reid for review (1.1). | 1.30 hrs @ | 240 /hr | 312.00 |
| 10/12/2010 | EGP | Confer with N. Reid regarding discussions with A. Spitzzeri regarding settlement of Brodin claim and draft of stipulation. | 0.20 hrs @ | 240 /hr | 48.00 |
| 10/14/2010 | NNR | Review Motion to Lift Stay and discussion with E. Peterson re same. | 1.00 hrs @ | 450 /hr | 450.00 |
| 10/15/2010 | NNR | Edit/revise Motion to Lift Stay re insurance claim. | 0.70 hrs @ | 450 /hr | 315.00 |
| 10/15/2010 | EGP | Voicemail for A. Spitzzeri regarding Stipulation and Motion to Lift Stay (.1); confer with N. Reid regarding Stipulation and Motion to Lift Stay (.3); update Stipulation and Motion to Lift Stay, and send draft to A. Spitzzeri for approval (1.0). | 1.40 hrs @ | 240 /hr | 336.00 |
| 10/20/2010 | RGB | Review marchFirst docket re: format for Trustee's Interim fee application; obtained copies re: same; email to E. Peterson re: same. | 0.70 hrs @ | 125 /hr | 87.50 |
| 10/20/2010 | EGP | Telephone conference with N. Reid regarding application for interim trustee's fees (.1); confer with G. Baker regarding application for interim trustee's fees (.2); review application for interim trustee's fees filed in another case and begin | 1.30 hrs @ | 240 /hr | 312.00 |

NNR, as TRUSTEE - SCIENTIFIC                                                    Page    2
SCIENTIFIC WINDOWS (ATTORNEY)                                                   **Fee Petition**

|            |     |                                                                                                                                                                                                                                                                                                                           |          |         |        |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|---------|--------|
|            |     | drafting application for interim trustee's fees for this case (.8); confer with N. Reid regarding amounts that can be requested in an application for interim trustee's fees (.2).                                                                                                                                        |          |         |        |
| 10/22/2010 | CAL | Communicate with E. Peterson re: DuPage County court case for Gary Brodin vs. Scientific Window Company, Inc. (.1); research and forward results of same to E. Peterson (.1).                                                                                                                                            | 0.20 hrs @ | 155 /hr | 31.00  |
| 10/22/2010 | EGP | Confer with C. Lukey regarding Brodin state court action (.1); telephone conference with A. Spitzzeri regarding Stipulation and Motion for Relief from Stay (.1); email N. Reid and R. Schultz regarding A. Spitzzeri call and tentative approval of Stipulation and Motion for Relief from Stay (.1); update Stipulation and Motion for Relief from Stay (.7). | 1.00 hrs @ | 240 /hr | 240.00 |
| 10/24/2010 | EGP | Review billing records for 4th FHSLC Fee Application and 1st Trustee Fee Application.                                                                                                                                                                                                                                      | 0.20 hrs @ | 240 /hr | 48.00  |
| 10/25/2010 | EGP | Begin drafting FHSLC's 4th Interim Fee Application.                                                                                                                                                                                                                                                                        | 0.40 hrs @ | 240 /hr | 96.00  |
| 10/26/2010 | EGP | Continue working on draft of FHSLC's Fourth Interim Fee Application.                                                                                                                                                                                                                                                       | 0.40 hrs @ | 240 /hr | 96.00  |
| 10/27/2010 | RGB | Review and update service list re: fee application (.6); prepared service list and mailing materials re: same (.3); emails to E. Peterson re: same (.1).                                                                                                                                                                   | 1.00 hrs @ | 125 /hr | 125.00 |
| 10/27/2010 | EGP | Finish draft of 4th FHSLC Fee Application (1.1); email B. Blagoue and G. Baker regarding receipts for disbursements (.1); email C. Lukey and G. Baker regarding steps that need to be taken before the 4th FHSLC Fee Application can be filed (.1); confer with N. Reid about inclusion of time in 4th Fee Application that was omitted from the 2nd Fee Application (.1). | 1.40 hrs @ | 240 /hr | 336.00 |
| 10/28/2010 | RGB | Review and prepare documents for FHSLC Fourth Fee Application (.6); File fee application (.1); review and prepare materials for service mailing to creditors (2.3); exchange emails and phone calls with E. Peterson, R. Schultz and C. Lukey re: same (.2).                                                             | 3.20 hrs @ | 125 /hr | 400.00 |
| 10/28/2010 | EGP | Review emails from B. Blagoue and G. Baker regarding Exhibit C to the 4th FHSLC Compensation Application, and confer with G. Baker about updating the same.                                                                                                                                                                | 0.20 hrs @ | 240 /hr | 48.00  |

NNR, as TRUSTEE - SCIENTIFIC  
SCIENTIFIC WINDOWS (ATTORNEY)

Page 3  
**Fee Petition**

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 11/12/2010 | RTS | Met with N. Reid and E. Peterson re case status | 0.10 hrs @ 260 /hr | 26.00 |
| 11/16/2010 | EGP | Email N. Reid regarding signature blocks for Brodin Stipulation and Agreed Motion to Lift Stay (.1); update Brodin Stipulation and Agreed Motion to Lift Stay, and email and call A. Spitzzeri regarding the same (.2). | 0.30 hrs @ 240 /hr | 72.00 |
| 11/18/2010 | EGP | Prepare for and attend hearing on FHSLC's 4th Interim Fee Application at Bankruptcy Court. | 0.40 hrs @ 240 /hr | 96.00 |
| 11/19/2010 | EGP | Email N. Reid, C. Jelks, G. Baker, A. Salas, and B. Blagoue regarding order granting FHSLC's 4th Interim Fee Application (.1). | 0.10 hrs @ 240 /hr | 24.00 |
| 11/20/2010 | EGP | Review October 2010 billing records in anticipation of next FHSLC fee application. | 0.10 hrs @ 240 /hr | 24.00 |
| 12/03/2010 | EGP | Call F. Spitzzeri regarding Stipulation and Agreed Motion to Lift Stay regarding Gary Brodin claim and leave voicemail, and send follow-up email regarding the same. | 0.30 hrs @ 240 /hr | 72.00 |
| 12/06/2010 | EGP | Review billing records in anticipation of next FHSLC Fee Application (.1). | 0.10 hrs @ 240 /hr | 24.00 |
| 12/15/2010 | EGP | Email F. Spitzzeri regarding status of Stipulation between G. Brodin and the Estate. | 0.10 hrs @ 240 /hr | 24.00 |
| 01/10/2011 | GAS | Per t/conf with R.Schultz, research online and contact Cook County re: lien filed by Scientific Window on 900 W. Grace property; contact R. Schultz re: no recorded lien found. | 0.40 hrs @ 165 /hr | 66.00 |
| 01/10/2011 | RTS | Research re BOA lawsuit re 900 W. Grace property (.1); TC with T. Nasreen re BOA lawsuit re 900 W. Grace property (.2); correspondence with M. Brottman re BOA lawsuit re 900 W. Grace property (.1) | 0.40 hrs @ 300 /hr | 120.00 |
| 01/10/2011 | EGP | Scan and send signed Stipulation to N. Reid and R. Schultz (.1); review information from R. Schultz regarding lien at 900 W. Grace (.1). | 0.20 hrs @ 255 /hr | 51.00 |
| 01/14/2011 | APC | Meet with E. Peterson re: Tuesday filing deadline. | 0.30 hrs @ 140 /hr | 42.00 |

NNR, as TRUSTEE - SCIENTIFIC  
SCIENTIFIC WINDOWS (ATTORNEY)

Page 4  
**Fee Petition**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/14/2011 | EGP | Call A. Spitzzeri regarding stipulation (.1); prepare Motion to Lift Stay and Stipulation to be filed on Tuesday, January 18 (.6). | 0.70 hrs @ | 255 /hr | 178.50 |
| 01/18/2011 | APC | Assist E. Peterson with e-filing motion; prepare service list; prepare filed motion for mailing to parties on service list. | 2.60 hrs @ | 140 /hr | 364.00 |
| 01/18/2011 | EGP | Review voicemail from F. Spitzzeri regarding signature and prepare documents for filing (.2); email N. Reid and A. Cotter regarding filing fees (.1); e-file motion to approve stipulation (.5); email file-stamped copy of motion to A. Spitzzeri (.1). | 0.90 hrs @ | 255 /hr | 229.50 |
| 01/24/2011 | EGP | Review FHSLC billing records in anticipation of next compensation application. | 0.10 hrs @ | 255 /hr | 25.50 |
| 02/09/2011 | EGP | Prepare for hearing on Motion to Approve Stipulation regarding the Gary Brodin Claim. | 0.80 hrs @ | 255 /hr | 204.00 |
| 02/10/2011 | EGP | Go to Bankruptcy Court to present the Motion to Approve Stipulation relating to the Gary Brodin claim, and confer with N. Reid regarding the same (1.0); email G. Baker and C. Jelks to request case-related financial information (.2); review billing records (.2); begin outlining settlement offer (.3). | 1.70 hrs @ | 255 /hr | 433.50 |
| 02/14/2011 | EGP | Attend case management conference for foreclosure suit re: 900 West Grace at State Court and confer with Bank of America's counsel (1.3); send copy of order granting Motion to Approve Stipulation to A. Spitzzeri (.1); send information regarding Bankruptcy Rule 3006 to A. Spitzzeri (.1). | 1.50 hrs @ | 255 /hr | 382.50 |
| 02/17/2011 | RTS | Review case status and settlement proposal to Brottmans with E. Peterson (.2); TC w M. Brottman re case status (.1). | 0.30 hrs @ | 300 /hr | 90.00 |
| 02/17/2011 | EGP | Review claims and begin drafting settlement letter to the Brottmans (.9); confer with R. Schultz regarding settlement proposal (.3); continue working on settlement proposal (1.4). | 2.60 hrs @ | 255 /hr | 663.00 |
| 02/18/2011 | RTS | Revise settlement offer to Brottmans (.3); meet with E. Peterson re settlement of Brottman claims (.2). | 0.50 hrs @ | 300 /hr | 150.00 |
| 02/18/2011 | EGP | Update settlement proposal (.7); contact J. Ward regarding | 2.00 hrs @ | 255 /hr | 510.00 |

NNR, as TRUSTEE - SCIENTIFIC                                                    Page      5
SCIENTIFIC WINDOWS (ATTORNEY)                                                   **Fee Petition**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Claim #13 (.2); confer with R. Schultz regarding most recent draft of settlement proposal (.1); continue revising settlement proposal (1.0). |  |  |
| 02/22/2011 | RTS | TC with J. Ward re settlement of union claim. | 0.30 hrs @  300 /hr | 90.00 |
| 02/22/2011 | EGP | Prepare for conference call, and conference call with J. Ward and R. Schultz regarding reduction of Claim 13. | 0.30 hrs @  255 /hr | 76.50 |
| 02/24/2011 | RTS | Revise settlement proposal re Brottman Claims. | 0.50 hrs @  300 /hr | 150.00 |
| 02/24/2011 | EGP | Update settlement letter and send to N. Reid and R. Schultz for review. | 0.30 hrs @  255 /hr | 76.50 |
| 02/25/2011 | EGP | Review R. Schultz's revisions to settlement letter and send comments to N. Reid. | 0.20 hrs @  255 /hr | 51.00 |
| 03/03/2011 | RTS | Finalize settlement proposal to Brottmans. | 0.30 hrs @  300 /hr | 90.00 |
| 03/04/2011 | RTS | TC with J. Ward, left message re settlement of claim. | 0.10 hrs @  300 /hr | 30.00 |
| 03/09/2011 | RTS | TC with Mark Brottman re settlement. | 0.10 hrs @  300 /hr | 30.00 |
| 03/09/2011 | EGP | Begin drafting Settlement Agreement and Release. | 0.80 hrs @  255 /hr | 204.00 |
| 03/14/2011 | EGP | Begin drafting Motion to Approve Settlement and continue working on Settlement Agreement and Release. | 1.80 hrs @  255 /hr | 459.00 |
| 03/15/2011 | RTS | Review and revise settlement agreement re Brottman Claims and Central State's claim. | 0.50 hrs @  300 /hr | 150.00 |
| 03/15/2011 | EGP | Finish drafting Settlement Agreement and Release (1.1); update the Settlement Agreement and Release per R. Schultz's instructions (.5). | 1.60 hrs @  255 /hr | 408.00 |
| 03/16/2011 | RTS | Review revised settlement agreement. | 0.10 hrs @  300 /hr | 30.00 |
| 03/16/2011 | EGP | Send draft of settlement agreement to N. Reid for approval (.1); revise Motion to Approve Settlement (1.3). | 1.40 hrs @  255 /hr | 357.00 |

| | | | | |
|---|---|---|---|---|
| NNR, as TRUSTEE - SCIENTIFIC | | | Page | 6 |
| SCIENTIFIC WINDOWS (ATTORNEY) | | | **Fee Petition** | |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 03/18/2011 | EGP | Update Motion to Approve Settlement. | 0.60 hrs @ 255 /hr | 153.00 |
| 03/22/2011 | NNR | Edit, revise settlement agreement and discussion with R. Schultz and E. Peterson re same. | 0.30 hrs @ 465 /hr | 139.50 |
| 03/30/2011 | EGP | Review claims register for N. Reid. | 0.10 hrs @ 255 /hr | 25.50 |
| 04/11/2011 | NNR | Edit, revise motion for approval of settlement agreement ; discussion with R. Schultz and E. Peterson re same. | 0.20 hrs @ 465 /hr | 93.00 |
| 04/11/2011 | NNR | Edit, revise settlement agreement and discussion with R. Schultz and E. Peterson re same. | 1.00 hrs @ 465 /hr | 465.00 |
| 04/11/2011 | EGP | Update Settlement Motion to conform to language in revised version of Settlement Agreement. | 0.90 hrs @ 255 /hr | 229.50 |
| 04/14/2011 | EGP | Review and revise FHSLC billing records in anticipation of next FHSLC compensation application. | 0.20 hrs @ 255 /hr | 51.00 |
| 04/19/2011 | EGP | Update proposed order for Motion to Approve Settlement, and send same to N. Reid. | 0.20 hrs @ 255 /hr | 51.00 |
| 05/25/2011 | EGP | Update Motion to Approve Settlement and give to N. Reid for final review. | 1.30 hrs @ 255 /hr | 331.50 |
| 05/26/2011 | APC | Verify parties on service list and revise same (.7); prepare mailing labels and envelopes for service of Motion to Approve Settlement (.9). | 1.60 hrs @ 140 /hr | 224.00 |
| 05/26/2011 | EGP | Prepare Motion to Approve Settlement for e-filing and confer with A. Cotter about e-filing the Motion. | 0.40 hrs @ 255 /hr | 102.00 |
| 05/27/2011 | APC | File Motion to Approve Settlement (.3); print, post and mail same to parties on the service list (.8). | 1.10 hrs @ 140 /hr | 154.00 |
| 05/27/2011 | EGP | Assist A. Cotter with e-filing Motion to Approve Settlement. | 0.20 hrs @ 255 /hr | 51.00 |
| 06/14/2011 | EGP | Email A. Spitzzeri regarding counsel for insurer. | 0.10 hrs @ 255 /hr | 25.50 |
| 06/15/2011 | EGP | Review recent billing records in anticipation of compensation | 0.10 hrs @ 255 /hr | 25.50 |

| NNR, as TRUSTEE - SCIENTIFIC | | | | | | |
|---|---|---|---|---|---|---|
| SCIENTIFIC WINDOWS (ATTORNEY) | | | | | Page 7 | |
| | | | | | **Fee Petition** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | application. | | | |
| 06/16/2011 | RTS | Attend hearing to approve settlement motion (.3); email to settlement parties re hearing to approve settlement motion (.1). | | 0.40 hrs @ | 300 /hr | 120.00 |
| 06/16/2011 | EGP | Email A. Cotter and G. Baker regarding final FHSLC compensation application. | | 0.10 hrs @ | 255 /hr | 25.50 |
| 06/20/2011 | EGP | Email copy of order approving settlement to B. Foreman, M. Brottman, and J. Ward (.1); review billing records in anticipation of next compensation application (.2). | | 0.30 hrs @ | 255 /hr | 76.50 |
| 06/21/2011 | CAL | Communicate with N. Reid and R. Schultz re: final report (.10); begin assembly of same (.20). | | 0.30 hrs @ | 165 /hr | 49.50 |
| 06/30/2011 | CAL | Organize and review claims register and claims for final report (.50); communicate with N. Reid re: same (.10). | | 0.60 hrs @ | 165 /hr | 99.00 |
| 07/29/2011 | APC | Reviewed and edited invoices for use in fee application (1.0); began revising fifth and final fee application (.2) | | 1.20 hrs @ | 140 /hr | 168.00 |
| 08/02/2011 | APC | Review and mark-up invoices for final fee application | | 1.30 hrs @ | 140 /hr | 182.00 |
| 08/04/2011 | APC | Continued reviewing, revising invoices (.8); compiled Exhibit C for fee application (.7); revised and updated attorney/paralegal data for Exhibit A (.5); created spreadsheet to verify figures re same (1.1) | | 3.10 hrs @ | 140 /hr | 434.00 |
| 08/09/2011 | EGP | Draft final KNA compensation application (1.8); draft final Popowcer Katten compensation application (.6); draft certificate of service for final KNA and Popowcer Katten compensation applications (.2). | | 2.60 hrs @ | 255 /hr | 663.00 |
| 08/10/2011 | EGP | TC with K. Novak regarding Final KNA Compensation Application (.1); further revisions to Final KNA Compensation Application (.1). | | 0.20 hrs @ | 255 /hr | 51.00 |
| 08/11/2011 | APC | Continued revising, editing fee application per E. Peterson | | 0.40 hrs @ | 140 /hr | 56.00 |
| 08/11/2011 | EGP | E-file Final KNA Compensation Application (.2); e-file Final Popowcer Katten Compensation Application (.2); e-file | | 0.50 hrs @ | 255 /hr | 127.50 |

| | |
|---|---|
| NNR, as TRUSTEE - SCIENTIFIC<br>SCIENTIFIC WINDOWS (ATTORNEY) | Page 8<br>**Fee Petition** |

certificate of service for compensation applications (.1).

| | | | | |
|---|---|---|---|---|
| 08/31/2011 | EGP | Confer with N. Reid regarding status of Final Report and the Final FHSLC Compensation Application. | 0.10 hrs @ 255 /hr | 25.50 |

Total Professional Services: $13,600.50

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| APC | Cotter, Andrew P | 11.60 | $1,624.00 |
| CAL | Lukey, Cynthia A. | 1.10 | $179.50 |
| EGP | Peterson, Elizabeth G. | 34.20 | $8,580.00 |
| GAS | Sandstrom, Gwen A. | 0.40 | $66.00 |
| NNR | Reid, N. Neville | 3.20 | $1,462.50 |
| RGB | Baker, Robert Grant | 4.90 | $612.50 |
| RTS | Schultz, Ryan T | 3.60 | $1,076.00 |

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| 11/24/2010 | E108 | Postage for fee application (40 pieces) | 62.40 |
| 01/31/2011 | E101 | Petty Cash; Invoice # 01/10/11; Copy of complaint | 1.00 |
| 02/09/2011 | E106 | Pacer Service Center; Invoice # FH0224-Q42010; Online research for the fourth quarter of 2010 (10/1-12/31/2010) | 12.56 |
| 02/25/2011 | E118 | Chase Card Services; Invoice # 1/18/11-22; filing fees Filing fee re: Motion to Approve settlement and relief from stay (Dkt 70) | 150.00 |
| 04/30/2011 | E106 | Pacer Service Center; Invoice # FH0224-Q12011; Online research for the First Quarter of 2011 | 9.04 |
| 05/27/2011 | E108 | Postage fees for 05/27/11 - 47 copies of a Motion to Approve Settlement for Scientific Window to the service list recipients ($1.68x47) | 78.96 |
| 07/31/2011 | E106 | Pacer Service Center; Invoice # FH0224-Q2 2011; Online research for the second quarter of 2011 | 10.32 |

Total Disbursements: $324.28

NNR, as TRUSTEE - SCIENTIFIC
SCIENTIFIC WINDOWS (ATTORNEY)

Page 9
**Fee Petition**

## **SUMMARY**

| | |
|---|---:|
| TOTAL PROFESSIONAL SERVICES | $13,600.50 |
| TOTAL DISBURSEMENTS | +$324.28 |
| TOTAL CHARGES | $13,924.78 |