# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTER DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCIENTIFIC WINDOW CO., INC. | § | Case No. 09-17180 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          UNITED STATES BANKRUPTCY COURT
          219 South Dearborn Street
          Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/01/2011 in Courtroom 619,
          United States Bankruptcy Court
          219 S. Dearborn Street
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/02/2011          By: N. Neville Reid
                                                          Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

In re: §
§
SCIENTIFIC WINDOW CO., INC. § Case No. 09-17180
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $ 227,353.30

and approved disbursements of $ 121,254.65

leaving a balance on hand of[1] $ 106,098.65

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ 13,562.25 | $ 0.00 | $ 13,562.25 |
| Attorney for Trustee Fees: FOX HEFTER SWIBEL LEVIN & CARROLL | $ 26,278.30 | $ 26,278.30 | $ 0.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 8,948.40 | $ 8,948.40 | $ 0.00 |
| Other: Ken Novak & Associates, Inc. | $ 18,783.11 | $ 18,783.11 | $ 0.00 |
| Other: Ken Novak & Associates, Inc. | $ 15,642.41 | $ 15,642.41 | $ 0.00 |
| Other: Ken Novak & Associates, Inc. | $ 4,240.90 | $ 4,240.90 | $ 0.00 |
| Other: Ken Novak & Associates, Inc. | $ 2,151.32 | $ 2,151.32 | $ 0.00 |
| Other: Fox, Hefter, Swibel, Levin & Carroll,LLP | $ 13,600.50 | $ 0.00 | $ 13,600.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Fox, Hefter, Swibel, Levin & Carroll,LLP | $ 324.28 | $ 0.00 | $ 324.28 |
| Other: Fox, Hefter, Swibel, Levin & Carroll LLP | $ 19,556.50 | $ 19,556.50 | $ 0.00 |
| Other: Fox, Hefter, Swibel, Levin & Carroll LLP | $ 14,202.06 | $ 14,202.06 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     27,487.03

Remaining Balance     $     78,611.62

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,383.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016B | Illinois Department of Revenue | $ 1,750.83 | $ 0.00 | $ 1,750.83 |
| 000017 | Illinois Department of Revenue | $ 2,632.20 | $ 0.00 | $ 2,632.20 |

Total to be paid to priority creditors     $     4,383.03

Remaining Balance     $     74,228.59

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,023.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Con-Way Freight Inc | $ 1,510.46 | $ 0.00 | $ 1,510.46 |
| 000002 | PEOPLES GAS LIGHT AND COKE CO | $ 3,028.91 | $ 0.00 | $ 3,028.91 |
| 000008 | Caldwell Mfg | $ 2,591.83 | $ 0.00 | $ 2,591.83 |
| 000010 | Roy Strom Refuse Removal Service | $ 238.75 | $ 0.00 | $ 238.75 |
| 000011 | Amesbury Group Inc | $ 3,054.67 | $ 0.00 | $ 3,054.67 |
| 000012 | John F. Ward | $ 1,122.00 | $ 0.00 | $ 1,122.00 |
| 000013 | Central States Joint Board Health & Wellfare Fund | $ 35,000.00 | $ 0.00 | $ 35,000.00 |
| 000015 | Chicago Builders Supply Inc | $ 6,476.89 | $ 0.00 | $ 6,476.89 |

Total to be paid to timely general unsecured creditors     $     53,023.51

Remaining Balance     $     21,205.08

Tardily filed claims of general (unsecured) creditors totaling $ 192.88 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016A | Illinois Department of Revenue | $ 192.88 | $ 0.00 | $ 192.88 |

Total to be paid to tardy general unsecured creditors     $     192.88

Remaining Balance     $     21,012.20

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 204,131.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 10.3 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Helene Brottman | $ 20,900.00 | $ 0.00 | $ 2,151.33 |
| 000004 | Barbara Brottman Residuary Trust | $ 33,761.76 | $ 0.00 | $ 3,475.25 |
| 000005 | Barbara Brottman Residuary Trust | $ 14,630.00 | $ 0.00 | $ 1,505.93 |
| 000007 | Leon Brottman | $ 47,019.00 | $ 0.00 | $ 4,839.88 |
| 000009 | Mark Brottman | $ 87,821.03 | $ 0.00 | $ 9,039.81 |

Total to be paid to subordinated unsecured creditors     $     21,012.20

Remaining Balance     $     0.00


Prepared By: /s/N. Neville Reid
                              Trustee


N. Neville Reid
200 W. MADISON, SUITE 3000
CHICAGO, IL 60606


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 09-17180-JPC
Scientific Window Co., Inc.                                            Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: dgomez              Page 1 of 2              Date Rcvd: Nov 08, 2011
                             Form ID: pdf006           Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2011.
```
db         +Scientific Window Co., Inc.,    2020 West Peterson,    Chicago, IL 60659-4307
aty        +Fox, Hefter, Swibel, Levin & Carroll LLP,    200 W Madison St,    Chicago, Il 60606-3417
13912411   +Allmetal,    97142 Eagle Way,    Chicago, IL 60678-9710
13912413   +Amesbury Group Inc,    159 Walker Rd.,    Statesville, NC 28625-2535
13912414    Ashland Hardware Systems,    P.O. Box 92026,    Chicago, IL  60675-2026
14691619   +Barbara Brottman Residuary Trust,    Leon Brottman Trustee,    1121 Skokie Ridge Drive,
             Glencoe IL 60022-1138
14976353   +Caldwell Mfg,    2605 Manitou Rd,    Rochester NY 14624-1199
15391692   +Central States Joint Board Health & Wellfare Fund,    John F. Ward, Attorney At Law,
             227 W. Monroe, Ste 2000,    Chicago, IL 60606-5040
15440509   +Chicago Builders Supply Inc,    1651 N Elston Ave,    Chicago IL 60642-1545
13912416    Con Way Freight,    P.O. Box 5160,    Portland, OR  97208-5160
13961375   +Con-Way Freight Inc,    c/o RMS Bankruptcy Recovery Svcs,    Pob 5126,    Timonium MD 21094-5126
13912417   +Country Gas Supply,    4010 Highway 14,    Crystal Lake, IL 60014-8299
13912418   +Designed Equipment Corp,    6700 W. Touhy Ave.,    Niles, IL 60714-4518
13912419   +Edward Hines Lumber Co.,    5401 North Wolcott Ave.,    Chicago, IL 60640-1017
13912420   +Fabrication Specialities Inc,    8301 S. 77th Ave,    Bridgeview, IL 60455-1736
13944031   +First Commercial Bank,    6945 North Clark St,    Chicago IL 60626-3298
15421336   +Gary P. Brodin,    C/O Thomas A. Else, Attorney at Law,    511 W. Wesley,    Wheaton, IL 60187-4927
13912421   +Graefe and Hansen Ltd,    55 W. Monroe,    Suite 3350,    Chicago, IL 60603-5020
14690643   +Helene Brottman,    1121 Skokie Ridge Drive,    Glencoe IL 60022-1138
13912423   +Houghton International Inc.,    P.O. Box 931,    Valley Forge, PA 19482-0931
16528128    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
13912424   +J & STool Inc.,    4142 W. Lake St.,    Chicago, IL 60624-1718
13912425   +Jiffy Lube,    P.O. Box 620130,    Middleton, WI 53562-0130
13912426   +John F. Ward,    227 West Monroe,    Suite 2000,    Chicago, IL 60606-5040
13944029   +Leon Brottman,    1121 Skokie Ridge Drive,    Glencoe IL 60022-1138
13944028   +Mark Brottman,    706 Castlewood Lane,    Deerfield IL 60015-3910
13912427   +Mor-X Plastics,    4450 Lake Park Rd.,    Youngstown, OH 44512-1809
13912428   +Nova Gard Solutions,    5109 Hamilton Ave.,    Cleveland,    Cleveland, OH 44114-3907
13912429   +Oldcastle Glass Chicago,    4161 South Morgan St.,    Chicago, IL 60609-2516
14976352   +Optimum Window,    28 Canal St,    Ellenville NY 12428-1226
13912430    Orkin Pest Control,    200 Howard Ave.,    Suite 236,    Des Plaines, IL  60018-5909
13912431 ++++P. H. TECH CORP.,    BUNCHER INDUSTRIAL PARK,    730 BRICKWORKS DR,    LEETSDALE PA 15056-1031
             (address filed with court: P. H. Tech Corp.,    144 Ferry Street,    Buncher Industrial Park,
             Leetsdale, PA 15056)
14614887   +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6203
13912432   +Reed Smith LLP,    10 S. Wacker Drive,    Chicago, IL 60606-7506
13912433   +Remodelers Supply Center,    2500 North Pulaski,    Chicago, IL 60639-2116
13912434    Rock River Disposal Services,Inc.,    P.O. Box 673045,    Milwaukee, WI  53267-3045
13912435   +Roto Frank Of America Inc.,    14 Inspiration Lane,    Chester, CT 06412-1366
13912436   +Roy Strom Refuse Removal Service,    1201 Greenwood Ave.,    Maywood, IL 60153-2319
13912437   +S & S Panel Sales Corporation,    647 Thomas Drive,    Bensenville, IL 60106-1622
13944027   +Steve Torello, Trustee,    c/o John F Ward,    227 W Mornoe Ste 2000,    Chicago IL 60606-5040
13912410   +The Law Offices of Bradley H Foreman P.,    120 S State St Suite 535,    Chicago, IL 60603-5509
13912438    The William L. Bonnell Co.,    CS Drawer 198638,    Atlanta, GA  30384-8638
13912439   +Weldinig Supply, Inc.,    1161 McCabe,    Elk Grove Village, IL 60007-4819
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13912415      E-mail/Text: legalcollections@comed.com Nov 09 2011 05:44:54      Com Ed,    P.O. Box 6111,
               Carol Stream, IL  60197-6111
13912422      E-mail/Text: SCD_BankruptcyNotices@Grainger.com Nov 09 2011 07:46:09      Grainger,
               Dept. 801886078,    Palatine, IL  60038-0001
13912438      E-mail/Text: rdcantrell@bonlalum.com Nov 09 2011 07:53:50      The William L. Bonnell Co.,
               CS Drawer 198638,    Atlanta, GA  30384-8638
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13912409*    +Scientific Window Company Inc,    2020 West Peterson,    Chicago, IL 60659-4307
13912412   ##+Alsied Supply Center,    1060-B W. Division,    Chicago, IL 60642-4205
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dgomez              Page 2 of 2              Date Rcvd: Nov 08, 2011
                              Form ID: pdf006           Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2011**              **Signature:**    _Joseph Speetjens_