# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
SCIENTIFIC WINDOW CO., INC.                     §        Case No. 09-17180
                                                §
            Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/N. Neville Reid _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | | | | | |
| ACCESS | | | | | |
| LEON BROTTMAN | | | | | |
| VERITEXT CHICAGO REPORTING COMPANY | | | | | |
| FOX HEFTER SWIBEL LEVIN & CARROLL | | | | | |
| FOX HEFTER SWIBEL LEVIN & CARROLL | | | | | |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | | | | | |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | | | | | |
| FOX HEFTER SWIBEL LEVIN & CARROLL | | | | | |
| FOX HEFTER SWIBEL LEVIN & CARROLL | | | | | |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | | | | | |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| KEN NOVAK & ASSOCIATES, INC. | | | | | |
| KEN NOVAK & ASSOCIATES, INC. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KEN NOVAK & ASSOCIATES, INC. | | | | | |
| KEN NOVAK & ASSOCIATES, INC. | | | | | |
| KEN NOVAK & ASSOCIATES, INC. | | | | | |
| KEN NOVAK & ASSOCIATES, INC. | | | | | |
| KEN NOVAK & ASSOCIATES, INC. | | | | | |
| KEN NOVAK & ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000017 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allmetal 97142 Eagle Way Chicago, IL  60659 | | | | | |
| | Alsied Supply Center 1060-B W. Division Chicago, IL 60642 | | | | | |
| | Amesbury Group Inc. 159 Walker Rd. Statesville, NC 28625 | | | | | |
| | Ashland Hardware Systems P.O. Box 92026 Chicago, IL 60675-2026 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Com Ed P.O. Box 6111 Carol Stream, IL  60197-6111 | | | | | |
| | Con-Way Freight P.O. Box 5160 Portland, OR  97208-5160 | | | | | |
| | Country Gas Supply 4010 Highway 14 Crystal Lake, IL 60014 | | | | | |
| | Designed Equipment Corp. 6700 W. Touhy Ave. Niles, IL 60714 | | | | | |
| | Edward Hines Lumber Co. 5401 North Wolcott Ave. Chicago, IL  60640 | | | | | |
| | Fabrication Specialties, Inc. 8301 S. 77th Ave. Bridgeview, IL  60455 | | | | | |
| | First Commercial Bank 6945 North Clark Street Chicago, IL | | | | | |
| | Graefe & Hansen, Ltd. 55 W. Monroe Suite 3350 Chicago, IL  60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grainger Dept. 801886078 Palatine, IL  60038-0001 | | | | | |
| | Houghton International Inc. P.O. Box 931 Valley Forge, PA  19482-0931 | | | | | |
| | J & STool Inc. 4142 W. Lake St. Chicago, IL  60624 | | | | | |
| | Jiffy Lube P.O. Box 620130 Middleton, WI  53562 | | | | | |
| | John F. Ward 227 West Monroe Suite 2000 Chicago, IL  60606 | | | | | |
| | Leon | | | | | |
| | Leon Brottman | | | | | |
| | Leon Brottman | | | | | |
| | Leon Brottman | | | | | |
| | Leon Brottman | | | | | |
| | Mark Brottman | | | | | |
| | Mor-X Plastics 4450 Lake Park Rd. Youngstown, OH 44512 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nova Gard Solutions 5109 Hamilton Ave. Cleveland Cleveland, OH  44114 | | | | | |
| | Oldcastle Glass Chicago 4161 South Morgan St. Chicago, IL 60609 | | | | | |
| | Orkin Pest Control 200 Howard Ave. Suite 236 Des Plaines, IL  60018-5909 | | | | | |
| | P. H. Tech Corp. 144 Ferry Street Buncher Industrial Park Leetsdale, PA  15056 | | | | | |
| | Reed Smith LLP 10 S. Wacker Drive Chicago, IL 60606-7507 | | | | | |
| | Remodelers Supply Center 2500 North Pulaski Chicago, IL  60639 | | | | | |
| | Rock River Disposal Services,Inc. P.O. Box 673045 Milwaukee, WI  53267-3045 | | | | | |
| | Roto Frank Of America Inc. 14 Inspiration Lane Chester, CT  06412 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Roy Strom Refuse Removal Service 1201 Greenwood Ave. Maywood, IL  60153 | | | | | |
| | S & S Panel Sales Corporation 647 Thomas Drive Bensenville, IL  60106 | | | | | |
| | Steve Torello, Trustee | | | | | |
| | The William L. Bonnell Co. CS Drawer 198638 Atlanta, GA  30384-8638 | | | | | |
| | Weldinig Supply, Inc. 1161 McCabe Elk Grove Village, IL  60007 | | | | | |
| 000011 | AMESBURY GROUP INC | | | | | |
| 000008 | CALDWELL MFG | | | | | |
| 000013 | CENTRAL STATES JOINT BOARD HEALTH & | | | | | |
| 000015 | CHICAGO BUILDERS SUPPLY INC | | | | | |
| 000001 | CON-WAY FREIGHT INC | | | | | |
| 000014 | GARY P. BRODIN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | MANUFACTURING, PRODUCTION & SERVICE | | | | | |
| 000002 | PEOPLES GAS LIGHT AND COKE CO | | | | | |
| 000010 | ROY STROM REFUSE REMOVAL SERVICE | | | | | |
| 000016A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000004 | BARBARA BROTTMAN RESIDUARY TRUST | | | | | |
| 000005 | BARBARA BROTTMAN RESIDUARY TRUST | | | | | |
| 000003 | HELENE BROTTMAN | | | | | |
| 000006 | HELENE BROTTMAN | | | | | |
| 000007 | LEON BROTTMAN | | | | | |
| 000009 | MARK BROTTMAN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

| Case No: | 09-17180 | JPC | Judge: Jacqueline P. Cox | | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|---|---|

Case Name:   SCIENTIFIC WINDOW CO., INC.

Date Filed (f) or Converted (c):   05/12/09 (f)

341(a) Meeting Date:   06/25/09

For Period Ending:   05/07/12

Claims Bar Date:   04/19/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SEC. DEPOSITS | 8,845.00 | 0.00 | DA | 0.00 | FA |
| Com Ed Deposit | | | | | |
| 2. SEC. DEPOSITS | 572.00 | 0.00 | DA | 124.26 | FA |
| Peoples Gas / AT&T | | | | | |
| 3. Accounts Receivable | 32.08 | 0.00 | DA | 0.00 | FA |
| McMaster Carr Supply Co. | | | | | |
| 4. Accounts Receivable | 24,473.58 | 0.00 | | 7,097.70 | FA |
| 5. LICENSE FEES | 500.00 | 0.00 | DA | 0.00 | FA |
| Telephone number: 773.423.0110 | | | | | |
| 6. Customer Lists | Unknown | Unknown | DA | 5,000.00 | 0.00 |
| 7. Yale Fork Lift (Used) | 2,000.00 | 0.00 | | 0.00 | FA |
| Yale Fork lift (used) | | | | | |
| 8. OFFICE EQUIPMENT | 5,000.00 | Unknown | DA | 0.00 | 0.00 |
| Furniture; computers, desktops | | | | | |
| 9. MACHINERY | 103,000.00 | Unknown | | 170,000.00 | Unknown |
| Assets 7, 8, 9 and 10 were sold together in bulk sale. | | | | | |
| 10. INVENTORY | 47,000.00 | Unknown | | 0.00 | Unknown |
| 11. 2006 Property Tax Appeal Board Refund (u) | 0.00 | 0.00 | | 3,570.58 | FA |
| 12. INSURANCE POLICIES (u) | Unknown | Unknown | | 18,805.00 | Unknown |
| 13. Unscheduled Accounts Receivable (u) | 0.00 | Unknown | | 1,316.35 | Unknown |
| 14. Internal Revenue Service (u) | 0.00 | Unknown | | 21,108.39 | Unknown |
| Overpayment | | | | | |
| 15. Advertising Refund (u) | 0.00 | Unknown | | 225.72 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | Unknown | | 107.10 | Unknown |

Gross Value of Remaining Assets

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

Case No:      09-17180      JPC    Judge: Jacqueline P. Cox

Case Name:    SCIENTIFIC WINDOW CO., INC.

Trustee Name:                    N. Neville Reid

Date Filed (f) or Converted (c):  05/12/09 (f)

341(a) Meeting Date:              06/25/09

Claims Bar Date:                  04/19/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $191,422.66 | $0.00 | | $227,355.10 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed and approved; distributions made to all creditors in 2011. Awaiting clearance of all checks in order to file

Final Accounting.  Should close in February 2012.

Initial Projected Date of Final Report (TFR): 12/31/10      Current Projected Date of Final Report (TFR): 12/31/11

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| | |
|---|---|
| Case No: | 09-17180 -JPC |
| Case Name: | SCIENTIFIC WINDOW CO., INC. |
| Taxpayer ID No: | *******3621 |
| For Period Ending: | 05/07/12 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6767  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/17/09 | 4 | 67 East Oak Street c/o Malet Realty, Ltd. 900 W. Jackson Blvd., #4W Chicago, IL 60607-3024 | Accounts Receivable | 1121-000 | 175.00 | | 175.00 |
| 07/22/09 | 4 | McGrath & Marcheschi, Inc. P.O. Box 279 Itasca, IL 60143-2551 | Windows | 1121-000 | 5,749.00 | | 5,924.00 |
| 07/23/09 | 11 | Maria Pappas Treasurer of Cook County Chicago, IL | 2006 Property Tax Appeal Refund | 1224-000 | 592.97 | | 6,516.97 |
| 07/23/09 | 11 | Maria Pappas Treasurer of Cook County Chicago, IL | 2006 Property Tax Appeal Refund | 1224-000 | 2,977.61 | | 9,494.58 |
| 07/30/09 | 2 | AT&T Accounts Payable P.O. Box 78339 St. Louis, MO 63178 | Refund of Credit on final billl | 1129-000 | 124.26 | | 9,618.84 |
| 07/30/09 | 4 | First Commercial Bank 6945 N. Clark Chicago, IL 60626 | To Close #2739367 | 1121-000 | 518.70 | | 10,137.54 |
| 07/30/09 | 6 | Bank Financial 6415 W. 95th Street Chicago Ridge, IL 60415 | Company Name & Customer List | 1129-000 | 5,000.00 | | 15,137.54 |
| 07/30/09 | 12 | AMC (Indiana Insurance Company) Mail Stop 03X 6281 Tri-Ridge Boulevard Loveland, OH 45140 | Overpayment | 1290-000 | 18,649.00 | | 33,786.54 |
| 07/30/09 | 4 | Malet Realty, Ltd. 900 W. Jackson Blvd., #4W | Repair work | 1121-000 | 480.00 | | 34,266.54 |
| | | | Page Subtotals | | 34,266.54 | 0.00 | |

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Ver: 16.06a

FORM 2    Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-17180 -JPC | Trustee Name: N. Neville Reid |
| Case Name: SCIENTIFIC WINDOW CO., INC. | Bank Name: BANK OF AMERICA, N.A. |
| | Account Number / CD #: *******6767 Money Market Account (Interest Earn |
| Taxpayer ID No: *******3621 | |
| For Period Ending: 05/07/12 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60607 | | | | | |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 34,266.58 |
| 08/18/09 | | American Auction Associates, Inc. | Auction of Assets | | 161,087.46 | | 195,354.04 |
| | | 8518 S. Thomas Avenue | The Gross Auction Proceeds: $170,000.00 | | | | |
| | | Bridgeview, IL 60455 | Less Expenses: $8,912.54 | | | | |
| | | | Net Received: $161,087.46 | | | | |
| | 9 | AMERICAN AUCTION ASSOCIATES, INC. | Memo Amount: 170,000.00 | 1129-000 | | | |
| | | | Auction of Assets | | | | |
| | | AMERICAN AUCTION ASSOCIATES, INC. | Memo Amount: ( 8,912.54 ) | 3620-000 | | | |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.43 | | 195,357.47 |
| 09/11/09 | 000301 | Fox, Hefter, Swibel, Levin & Carroll | Allowance of Fees | 3110-000 | | 19,556.50 | 175,800.97 |
| | | 200 West Madison | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 09/11/09 | 000302 | KEN NOVAK & ASSOCIATES, INC. | Allowance of Fees and Expenses | | | 18,783.11 | 157,017.86 |
| | | 3356 LAKE KNOLL DRIVE | | | | | |
| | | NORTHBROOK, IL 60062 | | | | | |
| | | | Fees 17,284.85 | 3731-000 | | | |
| | | | Expenses 1,498.26 | 3732-000 | | | |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.40 | | 157,025.26 |
| 10/29/09 | 12 | AMC (Indiana Insurance) | Return of insurance premium | 1290-000 | 156.00 | | 157,181.26 |
| | | Mail Stop #03X | | | | | |
| | | 6281 Tri-Ridge Boulevard | | | | | |
| | | Loveland, OH 45140 | | | | | |
| 10/29/09 | 000303 | Leon Brottman | Clean-up costs related to auction. | 2990-000 | | 2,025.00 | 155,156.26 |
| | | 1121 Skokie Ridge Drive | | | | | |
| | | Glencoe, IL 60022-1138 | | | | | |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 6.66 | | 155,162.92 |
| 11/20/09 | 4 | West Hub Partnership | LCWindows Repair | 1121-000 | 175.00 | | 155,337.92 |
| | | c/o Malet Realty | | | | | |

Page Subtotals    161,435.99    40,364.61

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page:    3

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:          09-17180 -JPC
Case Name:    SCIENTIFIC WINDOW CO., INC.

Trustee Name:          N. Neville Reid
Bank Name:             BANK OF AMERICA, N.A.
Account Number / CD #:    *******6767  Money Market Account (Interest Earn

Taxpayer ID No:    *******3621
For Period Ending:  05/07/12

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 900 W. Jackson Blvd. #4W Chicago, IL  60607 | | | | | |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.39 | | 155,344.31 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.60 | | 155,350.91 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.59 | | 155,357.50 |
| * 02/02/10 | 000304 | Distributed Payroll Solutions, Inc. 1827 Walden Office Square Suite 555 Schaumburg, IL  60173 | Fees for 2009 W2 Forms, Handling | 2690-003 | | 78.50 | 155,279.00 |
| 02/15/10 | 13 | Major Jenkins Apartments Red Door LP Operating Account 1999 Broadway, Suite 1000 Denver, CO  80202 | Accounts Receivable | 1221-000 | 96.00 | | 155,375.00 |
| * 02/15/10 | 000304 | Distributed Payroll Solutions, Inc. 1827 Walden Office Square Suite 555 Schaumburg, IL  60173 | Fees for 2009 W2 Forms, Handling | 2690-003 | | -78.50 | 155,453.50 |
| * 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.96 | | 155,459.46 |
| * 03/23/10 | 000305 | Secretary of State Springfield, IL  62756 | Annual Report Filing Fee | 2990-003 | | 105.00 | 155,354.46 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.61 | | 155,361.07 |
| 04/23/10 | 13 | Major Jenkins Apartments Red Door LP Operating Account 1999 Broadway, Suite 1000 Denver, CO  80202 | Accounts Receivable | 1221-000 | 287.00 | | 155,648.07 |
| 04/23/10 | 000306 | Veritext Chicago Reporting Company One North LaSalle Street Suite 400 | Leon Brottman dep 3/11/10 | 2990-000 | | 414.11 | 155,233.96 |

Page Subtotals          415.15          519.11

Ver: 16.06a

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Page: 4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-17180 -JPC | | | Trustee Name: | N. Neville Reid |
| Case Name: | SCIENTIFIC WINDOW CO., INC. | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******6767  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3621 | | | | |
| For Period Ending: | 05/07/12 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60602 | | | | | |
| 04/23/10 | 000307 | Fox, Hefter, Swibel, Levin & Carroll | Allowance of Fees (8/1/09-2/28/10) | | | 14,202.06 | 141,031.90 |
| | | 200 West Madison | | | | | |
| | | Chicago, IL  60606 | | | | | |
| | | | Fees          12,662.00 | 3110-000 | | | |
| | | | Expenses       1,540.06 | 3120-000 | | | |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.29 | | 141,038.19 |
| 05/19/10 | 13 | Major Jenkins Apartments | Accounts Receivable | 1221-000 | 384.00 | | 141,422.19 |
| | | Red Door LP | | | | | |
| | | Operating Account | | | | | |
| | | 1999 Broadway, Suite 1000 | | | | | |
| | | Denver, CO  80202 | | | | | |
| 05/19/10 | 13 | Ice Mountain Spring Water Company | Refund | 1221-000 | 36.00 | | 141,458.19 |
| | | Nestle Waters North America | | | | | |
| | | 375 Paramount Street | | | | | |
| | | Raynham, MA  02767 | | | | | |
| * 05/19/10 | 000305 | Secretary of State | Annual Report Filing Fee | 2990-003 | | -105.00 | 141,563.19 |
| | | Springfield, IL  62756 | Decided there was no need to file | | | | |
| 05/20/10 | 000308 | KEN NOVAK & ASSOCIATES, INC. | Allowance of Fees and Expenses | | | 15,642.41 | 125,920.78 |
| | | 3356 LAKE KNOLL DRIVE | Expenses for (8/1/09 0 2/28/10) | | | | |
| | | NORTHBROOK, IL 60062 | | | | | |
| | | | Fees          14,881.75 | 3731-000 | | | |
| | | | Expenses        760.66 | 3732-000 | | | |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.82 | | 125,926.60 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.18 | | 125,931.78 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.35 | | 125,937.13 |
| 08/23/10 | 000309 | Fox, Hefter, Swibel, Levin & Carroll | Allowance of Fees (3/1/10-6/30/10) | | | 15,094.83 | 110,842.30 |
| | | 200 West Madison | | | | | |
| | | Chicago, IL  60606 | | | | | |

Page Subtotals            442.64        44,834.30

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

Page:   5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-17180 -JPC |
| Case Name: | SCIENTIFIC WINDOW CO., INC. |
| Taxpayer ID No: | *******3621 |
| For Period Ending: | 05/07/12 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6767  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees | 15,017.00 | 3110-000 | | | |
| | | | Expenses | 77.83 | 3120-000 | | | |
| 08/23/10 | 000310 | Popowcer Katten, Ltd.<br>35 E. Wacker Drive, Suite 1550<br>Chicago, IL  60601 | Allowance of Fees (11/18/09-6/30/10) | | | | 3,968.90 | 106,873.40 |
| | | | Fees | 3,958.00 | 3310-000 | | | |
| | | | Expenses | 10.90 | 3320-000 | | | |
| 08/23/10 | 000311 | KEN NOVAK & ASSOCIATES, INC.<br>3356 LAKE KNOLL DRIVE<br>NORTHBROOK, IL 60062 | Fees and Expenses (3/1/10-6/30/10) | | | | 4,240.90 | 102,632.50 |
| | | | Fees | 3,925.10 | 3731-000 | | | |
| | | | Expenses | 315.80 | 3732-000 | | | |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 5.15 | | 102,637.65 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 4.22 | | 102,641.87 |
| 10/24/10 | 13 | Major Jenkins Apartments<br>Red Door LP<br>Operating Account<br>1999 Broadway, Suite 1000<br>Denver, CO  80202 | Accounts Receivable | | 1221-000 | 97.00 | | 102,738.87 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 4.36 | | 102,743.23 |
| 11/11/10 | 13 | Jon-Lyman Realty Group<br>800 Mt Pleasant<br>Winnetka, IL  60093 | | | 1221-000 | 300.00 | | 103,043.23 |
| 11/22/10 | 000312 | Fox, Hefter, Swibel, Levin & Carroll<br>200 West Madison<br>Chicago, IL  60606 | Allowance of Fees (7/1/10-9/30/10) | | | | 11,183.47 | 91,859.76 |
| | | | Fees | 10,460.00 | 3110-000 | | | |
| | | | Expenses | 723.47 | 3120-000 | | | |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 4.11 | | 91,863.87 |

Page Subtotals       414.84       19,393.27

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

FORM 2                                                                                              Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                  Exhibit 9

| Case No: | 09-17180 -JPC | Trustee Name: | N. Neville Reid |
| Case Name: | SCIENTIFIC WINDOW CO., INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6767  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3621 | | |
| For Period Ending: | 05/07/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.90 | | 91,867.77 |
| 01/18/11 | 13 | Insurance Brokerage Antitrust Litigation | Antitrust Litigation Settlement | 1221-000 | 116.35 | | 91,984.12 |
| | | c/o Complete Claim Solutions, LLC | | | | | |
| | | P.O. Box 24721 | | | | | |
| | | West Palm Beach, FL  33416 | | | | | |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.90 | | 91,988.02 |
| 02/21/11 | | Internal Revenue Service | Overpayment | 1224-000 | 21,108.39 | | 113,096.41 |
| | | Cincinnati, OH  45999 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.74 | | 113,097.15 |
| 03/25/11 | | Yahoo! | Advertising refund | 1280-000 | 225.72 | | 113,322.87 |
| | | P.O. ox 30077 | | | | | |
| | | College Station, TX  77842 | | | | | |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.96 | | 113,323.83 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.93 | | 113,324.76 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.96 | | 113,325.72 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.93 | | 113,326.65 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.96 | | 113,327.61 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.96 | | 113,328.57 |
| 09/13/11 | 000313 | KEN NOVAK & ASSOCIATES, INC. | Fees and Expenses (7/1/10-8/8/11) | | | 2,151.32 | 111,177.25 |
| | | 3356 LAKE KNOLL DRIVE | | | | | |
| | | NORTHBROOK, IL 60062 | | | | | |
| | | | Fees              1,417.50 | 3731-000 | | | |
| | | | Expenses        733.82 | 3732-000 | | | |
| 09/13/11 | 000314 | Popowcer Katten, Ltd. | Allowance of Fees (7/1/10-7/1/11) | 3310-000 | | 4,979.50 | 106,197.75 |
| | | 35 E. Wacker Drive, Suite 1550 | | | | | |
| | | Chicago, IL  60601 | | | | | |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.90 | | 106,198.65 |
| 10/05/11 | 000315 | Access | Storage Fees: Sept & Oct 2011 | 2990-000 | | 100.00 | 106,098.65 |
| | | 2339 Ernie Krueger Circle | | | | | |

| | | | | Page Subtotals | 21,465.60 | 7,230.82 | |

FORM 2                                                                                          Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-17180  -JPC | |
| Case Name: | SCIENTIFIC WINDOW CO., INC. | |
| | | |
| Taxpayer ID No: | *******3621 | |
| For Period Ending: | 05/07/12 | |

Trustee Name:       N. Neville Reid
Bank Name:          BANK OF AMERICA, N.A.
Account Number / CD #:      *******6767  Money Market Account (Interest Earn

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Waukegan, IL 60087 | | | | | |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.90 | | 106,099.55 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.87 | | 106,100.42 |
| 12/02/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 106,100.45 |
| 12/02/11 | | Transfer to Acct #*******6987 | Final Posting Transfer | 9999-000 | | 106,100.45 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 170,000.00 | COLUMN TOTALS | | 218,442.56 | 218,442.56 | 0.00 |
| Memo Allocation Disbursements: | 8,912.54 | Less:  Bank Transfers/CD's | | 0.00 | 106,100.45 | |
| | | Subtotal | | 218,442.56 | 112,342.11 | |
| Memo Allocation Net: | 161,087.46 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 218,442.56 | 112,342.11 | |

Page Subtotals                     1.80              106,100.45

Ver: 16.06a

FORM 2

Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-17180 -JPC |
| Case Name: | SCIENTIFIC WINDOW CO., INC. |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6987  BofA - Checking Account |

Taxpayer ID No:    *******3621
For Period Ending:  05/07/12

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/11 | | Transfer from Acct #*******6767 | Transfer In From MMA Account | 9999-000 | 106,100.45 | | 106,100.45 |
| 12/02/11 | 003001 | N. Neville Reid as Trustee 200 West Madison Street CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 13,562.34 | 92,538.11 |
| 12/02/11 | 003002 | Fox, Hefter, Swibel, Levin & Carroll,LLP 200 West Madison - Suite 3000 Chicago, IL  60606 | Attorney for Trustee Fees (Trustee Final Fee Application (10/1/10-8/31/11) | | | 13,924.78 | 78,613.33 |
| | | | Fees            13,600.50 | 3110-000 | | | |
| | | | Expenses         324.28 | 3120-000 | | | |
| 12/02/11 | 003003 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Claim 000016B, Payment 100.00000% | 5800-000 | | 1,750.83 | 76,862.50 |
| 12/02/11 | 003004 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Claim 000017, Payment 100.00000% | 5800-000 | | 2,632.20 | 74,230.30 |
| 12/02/11 | 003005 | Con-Way Freight Inc c/o RMS Bankruptcy Recovery Svcs Pob 5126 Timonium MD 21094 | Claim 000001, Payment 100.00000% | 7100-000 | | 1,510.46 | 72,719.84 |
| 12/02/11 | 003006 | PEOPLES GAS LIGHT AND COKE CO 130 E RANDOLPH DRIVE CHICAGO, IL 60601 | Claim 000002, Payment 100.00000% | 7100-000 | | 3,028.91 | 69,690.93 |
| 12/02/11 | 003007 | Caldwell Mfg 2605 Manitou Rd Rochester NY 14624 | Claim 000008, Payment 100.00000% | 7100-000 | | 2,591.83 | 67,099.10 |
| 12/02/11 | 003008 | Roy Strom Refuse Removal Service 1201 Greenwood Ave. | Claim 000010, Payment 100.00000% | 7100-000 | | 238.75 | 66,860.35 |

Page Subtotals          106,100.45          39,240.10

Ver: 16.06a

FORM 2                                                                                Page:   9
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                         Exhibit 9

| Case No: | 09-17180 -JPC | | Trustee Name: | N. Neville Reid |
| Case Name: | SCIENTIFIC WINDOW CO., INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6987  BofA - Checking Account |
| Taxpayer ID No: | *******3621 | | | |
| For Period Ending: | 05/07/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 12/02/11 | 003009 | Maywood, IL 60153<br>Amesbury Group Inc<br>159 Walker Rd.<br>Statesville, NC 28625 | Claim 000011, Payment 100.00000% | 7100-000 | | 3,054.67 | 63,805.68 |
| * | 12/02/11 | 003010 | John F. Ward<br>227 West Monroe<br>Suite 2000<br>Chicago, IL 60606 | Claim 000012, Payment 100.00000%<br>Should have been made out to Manufacturing<br>Production & Service Workers Union , Local 24 | 7100-003 | | 1,122.00 | 62,683.68 |
| * | 12/02/11 | 003011 | Central States Joint Board Health & Wellfare Fund<br>John F. Ward, Attorney At Law<br>227 W. Monroe, Ste 2000<br>Chicago, IL 60606 | Claim 000013, Payment 100.00000% | 7100-003 | | 35,000.00 | 27,683.68 |
| | 12/02/11 | 003012 | Chicago Builders Supply Inc<br>1651 N Elston Ave<br>Chicago IL 60642 | Claim 000015, Payment 100.00000% | 7100-000 | | 6,476.89 | 21,206.79 |
| | 12/02/11 | 003013 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000016A, Payment 100.00000% | 7200-000 | | 192.88 | 21,013.91 |
| | 12/02/11 | 003014 | Helene Brottman<br>1121 Skokie Ridge Drive<br>Glencoe IL 60022 | Claim 000003, Payment 10.29431% | 7400-000 | | 2,151.51 | 18,862.40 |
| | 12/02/11 | 003015 | Barbara Brottman Residuary Trust<br>Leon Brottman Trustee<br>1121 Skokie Ridge Drive<br>Glencoe IL 60022 | Claim 000004, Payment 10.29428% | 7400-000 | | 3,475.53 | 15,386.87 |
| | 12/02/11 | 003016 | Barbara Brottman Residuary Trust<br>Leon Brottman Trustee<br>1121 Skokie Ridge Drive<br>Glencoe IL 60022 | Claim 000005, Payment 10.29426% | 7400-000 | | 1,506.05 | 13,880.82 |

Page Subtotals                              0.00            52,979.53

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 23)*

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-17180 -JPC | Trustee Name: | N. Neville Reid |
| Case Name: | SCIENTIFIC WINDOW CO., INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6987 BofA - Checking Account |
| Taxpayer ID No: | *******3621 | | |
| For Period Ending: | 05/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/02/11 | 003017 | Leon Brottman<br>1121 Skokie Ridge Drive<br>Glencoe IL 60022 | Claim 000007, Payment 10.29429% | 7400-000 | | 4,840.27 | 9,040.55 |
| 12/02/11 | 003018 | Mark Brottman<br>706 Castlewood Lane<br>Deerfield IL 60015 | Claim 000009, Payment 10.29429% | 7400-000 | | 9,040.55 | 0.00 |
| * 12/15/11 | 003010 | John F. Ward<br>227 West Monroe<br>Suite 2000<br>Chicago, IL 60606 | Claim 000012, Payment 100.00000%<br>Check returned due to incorrect address (Attorney moved) and check should have been made out to Manufacturing Production c/o John Ward | 7100-003 | | -1,122.00 | 1,122.00 |
| * 12/15/11 | 003011 | Central States Joint Board Health & Wellfare Fund<br>John F. Ward, Attorney At Law<br>227 W. Monroe, Ste 2000<br>Chicago, IL 60606 | Claim 000013, Payment 100.00000%<br>Check returned in mail because attorney moved -<br>Need to reissue and send to correct address | 7100-003 | | -35,000.00 | 36,122.00 |
| 12/15/11 | 003019 | Manufacturing, Production & Service Workers Union, Local 24<br>c/o John F. Ward<br>219 N. Fairview<br>Mount Prospect, IL 60056 | Claim 000012, Payment 100.00000% | 7100-000 | | 1,122.00 | 35,000.00 |
| 12/15/11 | 003020 | Central States Joint Board Health<br> & Wellfare Fund<br>c/o John F. Ward<br>219 N. Fairview<br>Mount Prospect, IL 60056 | Claim 000013, Payment 100.00000%<br>of reduced amount paid; claimant filed claim for $44,770. | 7100-000 | | 35,000.00 | 0.00 |

Page Subtotals                    0.00            13,880.82

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 24)*

FORM 2                                                                    Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                         Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-17180  -JPC | |
| Case Name: | SCIENTIFIC WINDOW CO., INC. | |
| | | |
| Taxpayer ID No: | *******3621 | |
| For Period Ending: | 05/07/12 | |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6987  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 106,100.45 · 106,100.45 · 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 106,100.45 · 0.00 |
| | | Subtotal | 0.00 · 106,100.45 |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | 0.00 |
| | | Net | 0.00 · 106,100.45 |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 170,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 8,912.54 | Money Market Account (Interest Earn - *******6767 | 218,442.56 | 112,342.11 | 0.00 |
| | | BofA - Checking Account - *******6987 | 0.00 | 106,100.45 | 0.00 |
| Total Memo Allocation Net: | 161,087.46 | | ------------------------- | ------------------------- | ------------------------- |
| | | | 218,442.56 | 218,442.56 | 0.00 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 25)*